**WILSON SONSINI**

Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

O: 650.493.9300
F: 866.974.7329

KELLY M. KNOLL
Internet: KKNOLL@wsgr.com

July 26, 2023

<u>Via CM/ECF</u>

The Honorable Beth Labson Freeman
United States District Court
for the Northern District of California
280 South 1st Street
San Jose, CA 95113

  Re: *Raj K. Patel v. Alphabet Inc. and Google LLC*, No. 5:23-cv-03647-BLF

Your Honor:

  This firm is counsel for Google LLC ("Google") and its parent company, Alphabet Inc. (together, the Defendants). On July 24, 2023, a vexatious *pro se* litigant, Raj K. Patel, filed a complaint against Defendants in this Court under case number 5:23-cv-03647. He alleges that Google violated his legal and contractual rights because he was unable to find certain information he desired through Google's search engine. Mr. Patel has requested that a summons be issued and has moved to proceed *in forma pauperis*.[1] Defendants have not been served with the complaint and do not waive service by this letter.

  We write to notify the Court—in considering whether to issue a summons and waive Mr. Patel's filing fees—that this lawsuit is materially identical to a lawsuit that Mr. Patel filed against the same Defendants in Indiana state court in August 2022, titled *The Excellent The Excellent, Raj K. Patel v. Alphabet Inc. and Google LLC*, No. 49D04-2208-CT-025970, in Marion County Superior Court. Exhibit A (Indiana complaint). The trial court dismissed that case with prejudice in January 2023 for failure to state a claim. Exhibit B. The Court of Appeals of Indiana affirmed that decision in June 2023, concluding that "Patel's complaint fails to state any claim upon which relief can be granted" and that the case was properly dismissed with prejudice. Exhibit C (*see also* Defendants' appeal response brief, Exhibit D). Mr. Patel immediately filed a motion for reconsideration, which the Court of Appeals denied on July 13, 2023. Exhibit E.

---

  [1] Confusingly, Mr. Patel requests leave to proceed *in forma pauperis* while, at the same time, describing himself as "rich" and "part of the Top 1% of Americans." ECF No. 1 (Compl.) at 23; *see also id.* at 2 ("I am Top 1% of Americans, in terms of income and cash-on-hand.").

WILSON SONSINI

The Honorable Beth Labson Freeman
July 26, 2023
Page 2

      Shortly after the Indiana Court of Appeals denied his motion for reconsideration, Mr. Patel filed a spate of complaints—all of them substantively the same as his now-dismissed complaint in Indiana—in courts across the country. *See* ECF No. 2 at 4 (acknowledging Patel brought the same claims here as in his Indiana action). In addition to filing the above-captioned case in the Northern District of California, Mr. Patel also filed his complaint in the District of Delaware, No. 1:23-cv-00797-MN, and in Santa Clara Superior Court.[2] In so doing, Mr. Patel is attempting to re-litigate claims in this Court that have already been litigated to final judgment and defeated, with prejudice.

      These practices are nothing new for Mr. Patel, who has been recognized as a vexatious litigant in federal court and barred from filing new lawsuits in his home district. As that court noted, he has filed approximately 30 *pro se*, *in forma pauperis* actions and appeals in the last four years alone, amassing nearly $10,000 in unpaid filing fees. "Courts have repeatedly found Mr. Patel's claims frivolous, baseless, and delusional." *In re Patel*, No. 1:22-mc-0024-TWP (S.D. Ind. Mar. 28, 2022), ECF No. 1 (collecting cases) (attached as Exhibit F).

      In light of the foregoing, we ask this Court to deny Mr. Patel's motion to proceed *in forma pauperis* or, in the event the Court grants that request, to consider whether his complaint should be dismissed *sua sponte* under 28 U.S.C. § 1915(e)(2)(B), since it is frivolous, barred by *res judicata*, and (for reasons already explained by the Indiana Court of Appeals, Exhibit C) fails to state a claim on which relief may be granted.

                                           Respectfully submitted,

                                           WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation

                                               */s/ Kelly M. Knoll*

                                           Kelly M. Knoll (State Bar No. 305579)

                                           Counsel for Defendants
                                           Google LLC and Alphabet Inc.

---

[2] Mr. Patel informed Defendants' counsel that he submitted a complaint for filing in California state court, though that complaint does not appear to have been filed or assigned a case number at this time.