UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAJ PATEL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALPHABET INC., et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-03647-BLF<br><br>**ORDER GRANTING MOTION TO RECONSIDER, GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, AND SCREENING FIRST AMENDED COMPLAINT UNDER 28 U.S.C. § 1915** |

On August 4, 2023, the Court denied Plaintiff's motion to proceed *in forma pauperis*. ECF No. 14. Plaintiff filed a motion to reconsider that Order. ECF No. 15. The Court GRANTS the motion to reconsider. Based on the information included in the motion and the initial application, the Court GRANTS Plaintiff's application to proceed *in forma pauperis*. ECF No. 2.

A complaint filed by any person proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) is subject to mandatory and sua sponte review and dismissal by the Court if it is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief against a defendant who is immune from relief. 28 U.S.C. § 1915(e)(2)(B); *Lopez v. Smith*, 203 F.3d 1122, 1126–27 (9th Cir. 2000) (en banc). After reviewing the First Amended Complaint, *see* ECF No. 13 ("FAC"), the Court DISMISSES the FAC with leave to amend.

The Court finds that Plaintiff has failed to state a claim upon which relief can be granted. The claims in the FAC are completely frivolous. Also, the Court expresses concern that the claims are malicious given the volume of Plaintiff's active litigation. *See* ECF No. 14 at 1-2; ECF No. 7 at 1-2.

The Court will allow Plaintiff to file a Second Amended Complaint. Plaintiff should be

aware that the Court adheres to "notice pleading" standards. *See, e.g.*, *Paulsen v. CNF, Inc.*, 559 F.3d 1061, 1071 (9th Cir. 2009).  The notice pleading standards are codified, in part, in Federal Rule of Civil Procedure 8(a), which provides:

> (a) CLAIM FOR RELIEF.  A pleading that states a claim for relief must contain:
>
> > (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no jurisdictional support;
> >
> > (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and
> >
> > (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

Plaintiff should keep this standard in mind, in light of the guidance provided above, if he wishes to file a Second Amended Complaint.

The Court DISMISSES the FAC.  Any Second Amended Complaint must be filed **within 30 days.**  If Plaintiff cannot plead a claim for relief, then the case will be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 7, 2023

_____
BETH LABSON FREEMAN
United States District Judge