UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAJ PATEL,<br><br>        Plaintiff,<br><br>    v.<br><br>ALPHABET INC., et al.,<br><br>        Defendants. | Case No. 23-cv-03647-BLF<br>Case No. 24-cv-01548-PCP<br><br>**ORDER RELATING CASES** |

Plaintiff Raj Patel filed a motion to consider whether cases should be related as to *Patel v. Alphabet Inc.*, No. 5:23-cv-03647-BLF ("Case No. 23-3647"), and *Patel v. Alphabet Inc.*, No. 5:24-cv-01548-PCP ("Case No. 24-1548"). *See* 23-3647 ECF No. 49.

The Court finds that, pursuant to Civil Local Rule 3-12(a), the two cases are related and hereby orders that Case No. 24-1548 is assigned to the undersigned as the presiding judge in the lowest-numbered case.

**IT IS SO ORDERED.**

Dated: March 26, 2024

_____
BETH LABSON FREEMAN
United States District Judge